IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JOE WALKER**                                                                                         **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO. 3:08cv421 HTW-LRA**

**NATIONWIDE MUTUAL INSURANCE COMPANY**             **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY, THIS CAUSE came on for hearing on the joint motion of the parties to dismiss this action with prejudice, and the Court, having been advised in the premises and noting the agreement of counsel, finds that said Motion is well taken and should be and is hereby granted;

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the claims made by Plaintiff, Joe Walker, against Defendant, Nationwide Mutual Insurance Company, are hereby dismissed with prejudice with each party to bear their own costs.

SO ORDERED, THIS the 29th day of July, 2009.

                                                   s/ HENRY T. WINGATE
                                                   CHIEF UNITED STATES DISTRICT JUDGE

AGREED TO:

**/s/ *Patrick M. Tatum***
PATRICK M. TATUM (MSB# 9852)
*Attorney for Defendant*

**/s/ *Don H. Evans***
DON H. EVANS (MSB# 5259)
*Attorney for Plaintiff*